IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUKE EMPIRICAL, INC., and ROBERT LADUCA,

    Plaintiffs,

  v.

APOLLO MEDICAL EXTRUSIONS LLC, MATTHEW BILLS, JOSEPH STEPHENS, DAVID LASATER, and DOES 1–50, inclusive,

    Defendants.

No. C 13-02887 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **GRANTS** a continuance of the case management conference to **OCTOBER 3, 2013, AT 11:00 A.M.** A joint case management statement is due at least seven days prior. All related initial disclosures deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: September 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE